**Order entered February 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00722-CR

## MELVIN BERNARD GOODEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-70898-I

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the trial court to appoint new counsel. On February 20, 2019, we received the trial court's order appointing counsel. We **DIRECT** the Clerk to list John Tatum as appointed counsel for appellant. Future correspondence shall be sent to John Tatum at The Summit, 2150 S. Central Expressway, Suite 200, McKinney, TX 75070.

We **DENY** appellant's February 19, 2019 pro se motion for an evidentiary hearing to determine whether he received the effective assistance of counsel "during the period for filing a motion for new trial." *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992) (appellant not entitled to hybrid representation by both counsel and himself pro se).

Counsel has thirty days in which to determine and, if necessary, file any supplemental or amended briefing. After thirty days, the case will be at issue and will be set for submission in due course.

/s/     CORY L. CARLYLE
        JUSTICE